
USCA1 Opinion

	




                                
      [NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT]
                 United States Court of Appeals
                     For the First Circuit





No. 97-1952

                          UNITED STATES,

                            Appellee,

                               v.
                                
                BIBA KAJTAZI, A/K/A ROBERT CRUZ,
                                
                     Defendant, Appellant.
                                


          APPEAL FROM THE UNITED STATES DISTRICT COURT
                                
                FOR THE DISTRICT OF PUERTO RICO
                                
       [Hon. Carmen Consuelo Cerezo, U.S. District Judge]
                                


                             Before
                                
                     Torruella, Chief Judge,
               Selya and Boudin, Circuit Judges.
                                


     Frank A. Rubino on brief for appellant.
     Guillermo Gil, United States Attorney, Camille Velez-Rive,
Assistant United States Attorney, and Jose A. Quiles-Espinosa,
Senior Litigation Counsel, on brief for appellee.





August 11, 1998



                                
                                


                                          
            Per Curiam.  Upon careful review of the briefs and
    record, we conclude that the district court did not abuse its
    discretion in considering, inter alia, the polygraph test
    results in determining whether defendant met the requirements
    of U.S.S.G.  5C1.2(5).  See U.S.S.G.  6A1.3(a); see alsoUnited States v. Santiago-Gonzalez, 66 F.3d 3, 7 n.1 (1st Cir.
    1995).  In any event, defendant did not raise before the
    district court the broad claim that polygraph results are per
    se inadmissible, and so that claim is forfeited and may not be
    raised on appeal.  Further, in light of all the evidence about
    defendant's debriefings, the district court did not clearly err
    in denying defendant safety valve relief.  See United States v.
    Montanez, 82 F.3d 520, 523 (1st Cir. 1996).  And we perceive no
    basis whatsoever for defendant's claim that the government
    breached the plea agreement.
              Affirmed.  See 1st Cir. Loc. R. 27.1.

